# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS A. MITCHELL, an individual; MALESSA GASKINS, an individual; K.M., a minor, through her general guardian Douglas A. Mitchell; K.B., a minor, through her general guardian Eleazar Barzart; and DOES 1 through 5, inclusive,<br><br>Defendants. | No. 2:21-cv-1361 WBS DB<br><br>**ORDER** |

On February 4, 2022, plaintiff filed a motion to deposit interpleader funds and noticed the motion for hearing before the undersigned on March 4, 2022, pursuant to Local Rule 302(c)(6). (ECF No. 15.) On February 28, 2022, the parties filed a Joint Status report stating that the parties had reached a settlement and requesting that the funds be deposited. (ECF No. 16.) Good cause appearing, the motion will be granted.

////

////

////

////

////

**ORDER**

The Court finds good cause and GRANTS Plaintiff in Interpleader Primerica Life Insurance Company's ("Primerica") Motion for Leave to Deposit Interpleader Funds Into Court Registry (ECF No. 15).  The Court hereby orders and directs the Clerk of the United States District Court to accept Primerica's deposit of the funds at issue in the action, to wit, $123,563.16, representing the remaining portion of the policy benefit payable under the subject insurance policy ($120,887.09) and interest on the same ($2,676.07), and to deposit said funds in an interest-bearing account pursuant to Local Rule 150 and Federal Rule of Civil Procedure 67.  The March 4, 2022 hearing of plaintiff's motion is vacated.

IT IS SO ORDERED.

DATED: March 1, 2022         /s/ DEBORAH BARNES
                             UNITED STATES MAGISTRATE JUDGE

DB:6
DB/orders/orders.civil/primerica1361.dep.interpleader.ord