**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOUGLAS A. MITCHELL, an individual; MALESSA GASKINS, an individual; K.M., a minor, through her general guardian Douglas A. Mitchell; K.B., a minor, through her general guardian Eleazar Barzart; and DOES 1 through 5, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-CV-01361-WBS-DB<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Complaint filed:　Aug. 2, 2021 |

Having reviewed the parties' Joint Status Report dated February 28, 2022 (Doc. No. 16), the Court hereby continues the Scheduling Conference to July 18, 2022 at 1:30 p.m.  A joint status report shall be filed no later than July 5, 2022 in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference (Docket No. 5) filed August 2. 2021.

IT IS SO ORDERED.

Dated:  March 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE