# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS A. MITCHELL, an individual; MALESSA GASKINS, an individual; K.M., a minor, through her general guardian Douglas A. Mitchell; K.B., a minor, through her general guardian Eleazar Barzart; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:21-CV-01361-WBS-DB<br><br>**ORDER RE:**<br><br>**1. DISCHARGE AND DISMISSAL OF PRIMERICA LIFE INSURANCE COMPANY;**<br><br>**2. PARTIAL DISTRIBUTION OF INTERPLEADER PROCEEDS; AND**<br><br>**3. PERMANENT INJUNCTION**<br><br>Complaint filed:  Aug. 2, 2021 |

Pursuant to the stipulation of the parties, the Court hereby ORDERS as follows:

A. Primerica Life Insurance Company ("Primerica") and its agents are discharged from any and all liability with respect to the subject Primerica life insurance policy, number 0433959322, and/or the policy's benefit;

B. Primerica is awarded $4,500 in reasonable attorneys' fees and costs from the stake, and the Clerk of the United States District Court shall issue a check in that amount to "Primerica Life Insurance Company" from the proceeds deposited in Court, to be mailed to Primerica's counsel of record;

C. Defendants-in-Interpleader Douglas A. Mitchell, Malessa Gaskins, K.M., and K.B., and each of them and their respective agents, attorneys and assigns, are enjoined and restrained perpetually from instituting or prosecuting any suit or claim at law or equity, or any action of any kind whatsoever, in any forum or venue against Primerica or Primerica's agents in any way related to Primerica's life insurance policy number 0433959322 or to the benefit under that policy; and

D. Primerica is dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated: March 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE