**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>DOUGLAS A. MITCHELL, an individual; MALESSA GASKINS, an individual; K.M., a minor, through her general guardian Douglas A. Mitchell; K.B., a minor, through her general guardian Eleazar Barzart; and DOES 1 through 5, inclusive,<br><br>  Defendants. | Case No. 2:21-CV-01361-WBS-DB<br><br><br>ORDER GRANTING APPLICATION AND DISTRIBUTION OF FUNDS FROM COURT REGISTRY |

The Court finds good cause and GRANTS the Application of Minors Defendants-in-Interpleader for Approval of Settlement [Dckt. #23] is granted, and the Court approves the settlement as to the Minors KM and KB, and orders the distribution of funds previously deposited into the Court registry on this complaint. The settlement is in the interests of the minors.

Primerica Life Insurance Company has previously been granted an order to deposit the funds [Dckt. #15-1] and has made that deposit of $123,563.16 to the Court registry. [Dckt. #20] The Court clerk has received and deposited all the life insurance benefits payable by Primerica Life Insurance Company.

On March 15, 2022, the Court entered an order, pursuant to the parties' stipulation, directing the Clerk of the Court to disburse $4,500 from the funds on deposit with the Court to Primerica Life Insurance Company as reimbursement of fees and costs [Dckt #22];

After the above payment to Primerica Life Insurance Company is made, there will be approximately $119,063.16 remaining on deposit with the Court ("the Remaining Funds"). The Application requests, and is granted, for the following additional disbursements from the Remaining Funds[1]:

The minor KM, through her general guardian MALESSA GASKINS, through her counsel, shall be paid 31% of the Remaining Funds, which is approximately $36,909.57. That check is to be made payable to "Adept Law Firm Attorney Client

Trust Account" and sent to the offices of Adept Law Firm, Attention Joseph Fogel, 16133 Ventura Blvd., Penthouse Suite, Encino, California 91436-2403.

The minor KB, through her aunt MALESSA GASKINS, through her counsel, shall be paid 29% of the Remaining Funds, which is approximately $34,528.31. That check is to be made payable to "Adept Law Firm Attorney Client Trust Account" and sent to the offices of Adept Law Firm, Attention Joseph Fogel, 16133 Ventura Blvd., Penthouse Suite, Encino, California 91436-2403.

From the Remaining Funds, approximately, $47,625.28, a payment of $2,500.00 shall be made to Clarence Chan, LAW OFFICES OF CLARENCE CHAN, attorneys for DOUGLAS A. MITCHELL, for attorney fees. That check is to be made payable to "Clarence Chan, LAW OFFICES OF CLARENCE CHAN" and sent to 3247 W. March Lane, Suite 120, Stockton, CA 95219.

The rest of the Remaining Funds, approximately $45,125.28 plus any additional interest accrued, shall be paid to MALESSA GASKINS, through her attorneys, ADEPT LAW FIRM, Joseph S. Fogel. This payment is to be 40% of the benefits, pursuant to the settlement agreement. Any additional amounts of interest added to the funds after deposit in the Court registry, shall be added to the funds disbursed to MALESSA GASKINS through her attorney. That check is to be made payable to "Adept Law Firm Attorney Client Trust Account" and sent to the offices of Adept Law Firm, Attention Joseph Fogel, 16133 Ventura Blvd., Penthouse Suite, Encino, California 91436-2403.

Attorneys for MALESSA GASKINS will receive the two minor's settlement distributions for transmittal to separate blocked accounts for each minor. The minor's funds are to be deposited in blocked accounts, at a Federally insured financial institution, without any withdrawals before each minor turns eighteen.

After this Court has distributed all funds on deposit in the registry on this case, **the parties shall submit a stipulated dismissal** so that this action may be dismissed in its entirety.

IT IS SO ORDERED.

Dated: March 30, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE