UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>DOUGLAS A. MITCHELL, an individual; MALESSA GASKINS, an individual; K.M., a minor, through her general guardian Douglas A. Mitchell; K.B., a minor, through her general guardian Eleazar Barzart; and DOES 1 through 5, inclusive,<br><br>                Defendants. | Case No. 2:21-CV-01361-WBS-DB<br><br>ORDER DISMISSING ACTION |

The Court finds good cause and ORDER the dismissal of this action in its entirety.

Previously, this Court has approved the Application of Minors Defendants-in-Interpleader for Approval of Settlement [Dckt. #23] and the funds have been distributed from the Court's registry. Previously, Primerica Life Insurance Company has been ordered dismissed. [Dckt #22].

IT IS SO ORDERED.

Dated: July 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE